## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  **SANDRA K. SIFORD**, an individual, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.:_____ |
| 1.  **BRSI, LLC**, an Oklahoma Limited Liability Company, d/b/a Big Red Sports/Imports, Big Red Kia and Big Red Suzuki, | ) ) ) ) ) | **JURY TRIAL DEMANDED** **ATTORNEY LIEN CLAIMED** |
| Defendant. | ) | |

## **COMPLAINT**

Plaintiff, Sandra K. Siford, by and through her counsel of record, BROWN & GOULD, PLLC, respectfully files this Complaint setting forth her claims against defendant, BRSI, LLC, d/b/a Big Red Sports/Imports, Big Red Kia and Big Red Suzuki, as follows:

## I.
## PARTIES

1. Plaintiff, Sandra K. Siford ("**Plaintiff**" or "**Siford**"), is a sixty-five (65) year old female resident of Pottawatomie County, State of Oklahoma.

2. Defendant, BRSI, LLC ("**Defendant**" or "**Big Red**"), is an Oklahoma limited liability company whose registered agent for service of process is Mr. Jared B. Cunningham located at 418 N. Interstate Drive, Norman, Oklahoma, 73072.

## II.
## JURISDICTION AND VENUE

3. This Court has subject-matter jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because Plaintiff's claims arise out of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et seq*.

4. Plaintiff has exhausted her administrative remedies by timely submitting a Charge of Discrimination with the Equal Employment Opportunity Commission (the "**EEOC**"), at its Oklahoma City Area Office on or about October 3, 2014. Plaintiff has received a Notice of Right to Sue Letter dated October 20, 2014, from the EEOC on October 22, 2014, and has timely filed this action within ninety (90) days of her receipt of that notice.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) because the events, acts and omissions giving rise to the action occurred at Defendant's principal place of business located in Cleveland County, State of Oklahoma.

## III.
## STATEMENT OF FACTS

6. Defendant owns and operates an automobile deadlership in Cleveland County, Oklahoma.

7. On January 7, 2013, Defendant hired Plaintiff as an automotive sales associate, a position she maintained until Defendant terminated her employment on July 19, 2014. At the time of her termination, Plaintiff was Defendant's only full-time female automotive sales associate that Defendant employed.

8.      During a weekly sales meeting on Saturday July 12, 2014, Defendant required Plaintiff (the only female present) and other male sales associates to view an excerpt from the 1992, R-rated movie, "*Glengarry Glenn Ross*" that was threatening, vulgar and sexually obscene.

9.      After the meeting concluded, Plaintiff immediately approached Defendant's owner and general manager, Buzz Banfield ("**Banfield**"), to express her shock, embarrassment, and humiliation over having to watch such an unwelcome, vulgar video clip at work, particularly in front of a room of younger men.

10.     Banfield refused to take action; instead he only laughed and minimized her concerns and ordered her to go back to work.

11.     During the following sales meeting on July 19, 2014, Defendant - for purposes of intentionally humiliating, embarrassing and intimidating Plaintiff - required Plaintiff and other sales associates to watch the same vulgar movie clip again.

12.     Plaintiff asked her sales manager if she could be excused from watching the obscene movie clip.  Defendant's sales manager, however, refused her request, instead, ordered Plaintiff to remain and watch the obscene video.

13.     Defendant's conduct was inappropriate and unwelcome.

14.     Defendant's conduct was sufficiently severe and pervasive to alter the conditions of Plaintiff's employment and create a sexually abusive or hostile work environment.

15. Plaintiff perceived the working environment to be abusive or hostile.

16. A reasonable woman in Plaintiff's circumstances would consider the working environment to be abusive or hostile.

17. After the meeting concluded, Defendant terminated Plaintiff's employment because she expressed her disapproval, embarrassment, and humiliation as a woman over the age of 65 being required to watch an obscene movie clip as a condition of her employment.

## IV.
## PLAINTIFF'S CLAIM FOR RELIEF
## (TITLE VII)

Plaintiff incorporates all prior allegations and further alleges and states as follows:

18. The facts asserted above constitute violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et seq.* in the nature of gender based discrimination, harassment, hostile work environment, and retaliation.

19. As damages, Plaintiff has suffered lost wages, emotional distress, and consequential damages in excess of $75,000.00.

20. Because Defendant's actions were willful, wanton or in reckless disregard of Plaintiff's rights, Plaintiff is entitled to punitive damages.

## V.
## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court enter judgment in favor of Plaintiff and against Defendant, assess compensatory damages in excess of $75,000.00, punitive damages,

costs, reasonable attorney's fees and such other and further relief as this Court deems as just, equitable and allowed by law.

                                          Respectfully Submitted,

                                          **BROWN & GOULD, PLLC**

                                          s/ Dane J. Flesch
                                          George H. Brown, OBA #18020
                                          Tony Gould, OBA #18564
                                          Dane J. Flesch, OBA #31841
                                          Robert W. Henderson, OBA #31082
                                          **BROWN & GOULD, PLLC**
                                          136 N.W. 10th Street, Suite 200
                                          Oklahoma City, OK 73103
                                          Telephone:   (405) 235-4500
                                          Facsimile:    (405) 235-4507
                                          Email: dflesch@browngouldlaw.com

                                          **ATTORNEYS FOR PLAINTIFF**