# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SANDRA K. SIFORD,<br><br>   Plaintiff,<br><br>v.<br><br>BRSI, LLC, an Oklahoma Limited<br>Liability Company, d/b/a Big Red<br>Sports/Imports, Big Red Kia and<br>Big Red Suzuki,<br><br>   Defendant. | Case No. CIV-15-00062-W |

## JOINT MOTION
## REQUESTING STAY PENDING ARBITRATION

  The Plaintiff Sandra Siford ("Plaintiff") and the Defendant BRSI, L.L.C. ("Defendant"), through their respective counsel, hereby move the Court for an order staying the present case pending arbitration. Plaintiff and Defendant are parties to a prior arbitration agreement that requires arbitration of this dispute pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.* ("FAA"). In support, the parties state as follows:

  1. Plaintiff filed her Complaint on January 20, 2015.

  2. At the beginning of her employment with Defendant, the parties agreed to resolve all disputes that might later arise between them exclusively through alternative dispute resolution, as set out specifically in the Applicant's Statement and Agreement (the "Agreement").

  3. Pursuant to the Agreement, counsel for Defendant and counsel for Plaintiff have agreed to stay the present case pending arbitration of the underlying dispute.

4. For the foregoing reasons, Plaintiff and Defendant move this Court for an order staying this case while Plaintiff pursues her claims through arbitration, in compliance with the express written agreement between the parties.

DATED this 27th day of February, 2015.

        Respectfully Submitted,

        s/ DANE J. FLESCH
        (*signed by Paul A. Ross w/permission*)
        George H. Brown, OBA #18020
        Tony Gould, OBA #18564
        Robert W. Henderson, OBA #31082
        BROWN & GOULD, PLLC
        136 N.W. 10th Street, Suite 200
        Oklahoma City, OK 73103
        Telephone:  (405) 235-4500
        Facsimile:  (405) 235-4507
        Email:  dflesh@browngouldlaw.com

        **ATTORNEYS FOR PLAINTIFF**

        s/ PAUL A. ROSS
        Paul A. Ross, OBA #19699
        Joshua W. Solberg, OBA #22308
        MCAFEE & TAFT A PROFESSIONAL CORPORATION
        Tenth Floor, Two Leadership Square
        211 North Robinson
        Oklahoma City, Oklahoma 73102-7103
        Telephone:  (405) 235-9621
        Facsimile:  (405) 235-0439
        Email:  paul.ross@mcafeetaft.com
                josh.solberg@mcafeetaft.com

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

George H. Brown
Tony Gould
Dane J. Flesch
Robert W. Henderson
Brown & Gould, PLLC
136 N.W. 10th Street, Suite 200
Oklahoma City, OK  73103
dflesch@browngouldlaw.com

**ATTORNEYS FOR PLAINTIFF**

s/ PAUL A. ROSS