IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

FILED

FEB 2 7 2015

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

SANDRA K. SIFORD, )
 )
    Plaintiff, )
 )
vs. ) No. CIV-15-62-W
 )
BRSI, LLC, d/b/a Big Red Sports/ )
Imports, Big Red Kia and Big Red )
Suzuki, )
 )
    Defendant. )

## ORDER

Upon review, the Court

(1) GRANTS the parties' Joint Motion Requesting Stay Pending Arbitration [Doc. 13] filed on February 27, 2015;

(2) STAYS this matter while plaintiff Sandra K. Siford arbitrates her claims against defendant BRSI, LLC, d/b/a Big Red Sports/Imports, Big Red Kia and Big Red Suzuki, in compliance with the terms of the written agreement executed by the parties;

(3) DIRECTS the Clerk of the Court to administratively close this matter in her records until further order of the Court; and

(4) DIRECTS Siford to advise the Court in writing no later than fourteen (14) days after the arbitration proceedings have been completed as to what further judicial action, if any, is necessary with regard to the resolution of this lawsuit.

ENTERED this 27th day of February, 2015.

/s/ LEE R. WEST
LEE R. WEST