# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SANDRA K. SIFORD, ) | |
| ) | |
| Claimant, ) | |
| ) | |
| vs. ) | Case No. CIV-15-62-W |
| ) | |
| BRSI, LLC, an Oklahoma Limited ) | |
| Liability Company, d/b/a Big Red ) | |
| Sports/Imports, Big Red Kia and Big ) | |
| Red Suzuki, ) | |
| ) | |
| Respondent. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Sandra K. Siford, by and through counsel of record, BROWN & GOULD, PLLC, and Defendant, BRSI, LLC, an Oklahoma Limited Liability Company, d/b/a Big Red Sports/Imports, Big Red Kia and Big Red Suzuki, by and through counsel of record, MCAFEE & TAFT P.C., and pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendant in their entirety. Each party shall bear its own attorney fees and costs.

Respectfully submitted,

 s/ Tony Gould
Tony Gould, OBA #18564
Dane J. Flesch, OBA #31841
**BROWN & GOULD, PLLC**
136 N.W. 10th, Suite 200
Oklahoma City, OK 73103
Telephone: (405) 235-4500
Facsimile: (405) 235-4507
Email: tgould@browngouldlaw.com
*ATTORNEYS FOR PLAINTIFF*

 s/ Joshua W. Solberg
Paul A. Ross, OBA #19699
Joshua W. Solberg, OBA #22308
McAfee & Taft
Two Leadership Square, 10th Floor
211 N. Robinson
Oklahoma City, OK 73102
***Attorneys for Defendant***